## CRIMINAL COMPLAINT
### (Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| | |
|---|---|
| United States of America<br>v.<br>**Sheryl Anna Rowe**<br>DOB: 1986; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02696MJ |

Complaint for violation of Title 18, United States Code, § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 5, 2025, in the District of Arizona, **Sheryl Anna Rowe** did intentionally and forcibly assault United States Homeland Security Investigations (HSI) Special Agent R.G., a person designated under Title 18, United States Code, Section 1114 as a Federal Officer, while Special Agent R.G. was engaged in and on account of the performance of his official duties, that is, **Sheryl Anna Rowe** intentionally and forcibly grabbed Special Agent R.G.'s plate carrier vest, worn over his chest, making physical contact with said agent; in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 5, 2025, Homeland Security Investigations (HSI) Special Agent (SA) R.G., a member of HSI Special Response Team (SRT), while working in his official capacity as a federal officer, participated in a criminal enforcement operation in the vicinity of St. Mary's Road and Grande Avenue in Tucson, Arizona. During the execution of a search warrant, authorized by a federal judge, a crowd gathered in the vicinity and blocked HSI agents from leaving the search warrant location. Special Agent R.G. was wearing his SRT Duty uniform and a plate carrier vest. On both the front and back of the vest was a placard with the word "Police" and the letters "HSI" in large, bold, white font. A Taser with bright yellow handle was visible below the placard. The shoulders of his uniform bore patches for HSI and for Arizona SRT. Special Agent R.G. was also wearing a ballistic helmet with radio wires attached to a headset and microphone.

During the operation, Special Agent R.G. observed a man damage the left taillight of an HSI SRT vehicle. Special Agent R.G. and other SRT members attempted to apprehend the man who had damaged the vehicle. The man, however, fled from the arrest team. Special Agent R.G. chased the man between two vehicles. After the fleeing subject passed between the two vehicles, a woman, later identified as **Sheryl Anna ROWE**, stepped between Special Agent R.G. and the subject. **ROWE** blocked Special Agent R.G. while facing him with her body, and forcibly grabbed his plate carrier vest, worn over his chest, making physical contact with Special Agent R.G. This caused Special Agent R.G.'s radio communications cord to disconnect and left him unable to communicate with his team. Special Agent R.G. fell, and his knee struck the ground. **ROWE** fell on top of Special Agent R.G. and kept him pinned to the ground with the weight of her body. Special Agent R.G. observed other protestors approach him while he was underneath **ROWE**. Special Agent R.G. was concerned he would suffer serious physical injury caused by **ROWE** or the crowd of protestors.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*James Keefe* |
|---|---|
| | OFFICIAL TITLE & NAME:<br>FBI SA James Keefe |

| Subscribed to and sworn before me telephonically. | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Eric D. Markovich* | DATE<br>December 8, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Sarah Precup

25-02696MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED ON REVERSE.)**

Partial video footage of the offense was located, showing **ROWE** deliberately stepping into the path of Special Agent R.G. as he pursued the other subject. The video showed **ROWE** grabbing Special Agent R.G. by the shoulder straps on his plate carrier with one hand and shoving Special Agent R.G., using her body to block him from pursuing the other subject, causing Special Agent R.G. to fall.

Special Agent R.G. was unable to stand up until a teammate, HSI Special Agent C.L. observed him struggling with **ROWE** and came to assist. After regaining his feet, Special Agent R.G. and Special Agent C.L. placed **ROWE** in handcuffs. **ROWE** was not compliant while being placed under arrest. She did not comply with commands until she was told she would be tased if she did not stop resisting. HSI Agents arrested **ROWE** for a violation of Title 18, United States Code, Section 111(a)(1), Assault on a Federal Officer.

After the incident, Special Agent R.G. suffered pain in his right knee, right hip, and right elbow, and sought medical attention.