```
TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff
```

FILED

2025 DEC 17 PM 2: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation: |
| Sheryl Anna Rowe, | 18 USC 111(a)(l)<br>Assault on a Federal Officer<br>Count 1 |
| Defendant. | |

CR25-05544 TUC-AMM(MSA)

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 5, 2025, in the District of Arizona, SHERYL ANNA ROWE did intentionally, knowingly and recklessly forcibly assault United States Homeland Security Investigations (HSI) Special Agent R.G., a person designated under Title 18, United States Code, Section 1114 as a Homeland Security Investigations Special Agent,

///
///
///
///
///

1 | while Special Agent R.G. was engaged in and on account of the performance of his official
2 | duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

/S/
_____
FOREPERSON OF THE GRAND JURY
Dated: 12/17/2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

AUSTIN L. FENWICK
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Sheryl Anna Rowe*
*Indictment Page 2 of 2*