JON M. SANDS
Federal Public Defender
CYNTHIA YIALIZIS Bar No. 030978
Assistant Federal Public Defender
407 W. Congress St, Suite 501
Tucson, Arizona 85701
(520) 879-7500
Cynthia_yializis@fd.org
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 4:25-cr-05544-TUC-AMM (MSA) |
| Plaintiff, | **Notice of Appearance as Co-Counsel** |
| vs. | |
| Sheryl Anna Rowe, | |
| Defendant. | |

Notice is hereby given, in accordance with LRCrim 57.14 and LRCiv 83.3 of the Rules of Practice for the U.S. District Court for the District of Arizona that Assistant Federal Public Cynthia Yializis is appearing as co-counsel in the above-referenced matter. Assistant Federal Public Defender Jordan Malka will remain as lead counsel.

Respectfully submitted:            February 25, 2026.

JON M. SANDS
Federal Public Defender

 *s/Cynthia Yializis*
CYNTHIA YIALIZIS
Assistant Federal Public Defender